UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ZANESVILLE METROPOLITAN
HOUSING AUTHORITY,

      **Plaintiff,**

   v.

HOUSING AUTHORITY PROPERTY
INSURANCE,

      **Defendant.**

Case No. 2:24-cv-3075
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings Pending Outcome of Appraisal. (ECF No. 5.) This case was removed to this Court from the Muskingum County Court of Common Pleas on June 3, 2024. (ECF No. 1.) Plaintiff claims that Defendant, an insurance company, breached the parties' contract by failing to sufficiently pay out insurance benefits following physical losses to Plaintiff's properties. (Complaint, ECF No. 2, PageID #187–88.)

On June 5, 2024, the parties jointly moved this Court for a stay of all proceedings until October 15, 2024, for the purpose of waiting for an appraisal of property losses relevant to the case. (*Id.*, PageID #361–62.) During the state court litigation before removal, the parties agreed to an appraisal on May 9, 2024, and Defendant named an appraiser. (*Id.*, PageID #361.) Together, the parties asserted that they believed the appraisal "will resolve the issues between the parties." (*Id.*, PageID #362.) The parties also "agreed that Defendant need not incur the time or expense to Answer or otherwise plead at this time while the appraisal process is proceeding." (*Id.*) If the appraisal was not completed by October 15, 2024, the parties requested the ability to petition this

Court to extend the stay as necessary. (*Id.*, PageID #364.)

Because the requested end-date of the stay has now passed without further activity, this Court **DENIES AS MOOT** the parties' Joint Motion to Stay. (ECF No. 5.) The parties are **ORDERED** to file notice with this Court regarding the need for additional time for a stay for the completion of the appraisal, to be filed **WITHIN 10 DAYS OF THIS ORDER**. This case remains open.

    **IT IS SO ORDERED.**

**10/24/2024**                                                                 s/Edmund A. Sargus, Jr.  
**DATE**                                                                   **EDMUND A. SARGUS, JR.**  
                                                                    **UNITED STATES DISTRICT JUDGE**